UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MELINDA A. HAMLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 6:15-CV-01240-MC<br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the following actions:

- The ALJ will conduct a new hearing, further develop the record, and issue a new decision.

- The ALJ will reconsider the medical opinion evidence, including the opinions of the state agency psychological consultants. The ALJ will identify the weight assigned to the opinions and the reasons for that weight.

- The ALJ will reconsider statements Ms. Hamlin and third parties have made about the severity, intensity, and persistence of her symptoms. The ALJ will identify the weight assigned to these statements and the reasons for that weight.

- The ALJ will reassess Ms. Hamlin's residual functional capacity and continue on with the sequential evaluation process.

Ms. Hamlin shall be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

IT IS SO ORDERED this  19th  day of  May            , 2016.

                                            /s/ Michael J. McShane
                                  UNITED STATES DISTRICT JUDGE
                                        Michael J. McShane